IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| INKIES SPORTS, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., ADSAGE CORPORATION, DHGATE.COM and DOE DEFENDANTS 1-100,<br><br>　　　　　Defendants. | CASE NO. 12-CV-01095-WJ-RHS |

### STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING DEFENDANTS ADSAGE AND DHGATE.COM, TRANSFERRING THE ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA, AND SETTING NEW RESPONSE DATE FOR DEFENDANT FACEBOOK

Plaintiff Inkies Sports, Inc., individually and on behalf of itself and all others similarly situated, Defendant adSage Corporation, and Defendant Facebook, Inc., by and through their undersigned counsel of record, respectfully submit this Joint Stipulation and [Proposed] Order Voluntarily Dismissing Defendants adSage and DHgate.com, Transferring The Action To The Northern District Of California, and Setting New Response Date for Defendant Facebook.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, and subject to the Court's approval:

(1) Plaintiff voluntarily dismisses with prejudice the action as against Defendant adSage Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties shall each bear their own attorneys' fees and costs.

(2) Plaintiff voluntarily dismisses without prejudice the action as against Defendant Dhgate.com pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

(3) The action shall be transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

(4) Defendant Facebook, Inc. shall respond to the First Amended Complaint within 30 days of receipt of an ECF notice from the Clerk of the Northern District of California that that the action has been accepted and assigned a case number in that district.

IT IS SO STIPULATED this 9th day of January, 2013.

_____
Turner W. Branch
Adam T. Funk
BRANCH LAW FIRM
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico 87104
(505) 243-3500

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
(619) 239-4599

Gregory M. Nespole
Patrick H. Moran
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

*Counsel for Plaintiff Inkies Sports, Inc.*

    /s/ Timothy L. Alger_____
Timothy L. Alger
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
(650) 838-4300

Lorna M. Wiggins
Wiggins, Williams & Wiggans, P.C.
1803 Rio Grande, NW (87104)
Post Office Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400

*Attorneys for Defendant Facebook, Inc.*

    /s/ Gavin W. Skok_____
Gavin W. Skok, Esquire
Shata L. Stucky, Esquire
RIDDELL WILLIAMS P.S.
1001 4th Ave., Suite 4500
Seattle, WA 98154-1192
(206) 624-3600

Jeffrey R. Brannen, Esquire
JEFFREY R. BRANNEN, P.A.
644 Don Gaspar Avenue
Santa Fe, New Mexico 87505
(505) 983-4429

*Attorneys for Defendant adSage Corporation*

3

**IT IS SO ORDERED:**

This __ day of January, 2013

_____
Hon. William P. Johnson
United States District Court Judge