IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

INKIES SPORTS, INC., on behalf of itself and all
others similarly situated,

        Plaintiff,

V.                                                  Case No. 12-CV-1095 WJ/RHS

FACEBOOK, INC., ADSAGE CORPORATION,
DHGATE.COM and DOE DEFENDANTS 1-100,

        Defendant.

**STIPULATION AND ORDER VOLUNTARILY DISMISSING
DEFENDANTS ADSAGE AND DHGATE.COM, TRANSFERRING
THE ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA, AND
SETTING NEW RESPONSE DATE FOR DEFENDANT FACEBOOK**

        It is hereby stipulated and agreed, by and between the attorneys for the undersigned parties to this action:

        (1)      Plaintiff voluntarily dismisses with prejudice the action as against Defendant adSage Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall each bear their own attorneys' fees and costs.

        (2)      Plaintiff voluntarily dismisses without prejudice the action as against Defendant DHgate.com pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

        (3)      The action shall be transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

        (4)      Defendant Facebook, Inc. shall respond to the First Amended Complaint within 30 days of receipt of an ECF notice from the Clerk of the Northern District of California that the action has been accepted and assigned a case number in that district.

        **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE